1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMANDA MCAFEE-RYAN and
JOHN RYAN,

Defendant.

NO.  CR24-213 JNW

[~~PROPOSED~~] ORDER
CONTINUING SENTENCING
HEARING

THIS COURT, having considered Mr. Ryan's Unopposed Motion to

Continue Sentencing Hearing, and being familiar with the docket and pleadings

filed therein, finds that the ends of justice are served by a continuance of the

sentencing date.

THEREFORE, THIS COURT GRANTS the Defendant Ryan's motion and

sets the sentencing date as April 9, 2025, at 10:30 a.m. The current sentencing

date of February 27, 2025, is hereby stricken.

////

////

[~~PROPOSED~~] ORDER CONTINUING SENTENCING – 1
[United States v. Ryan et al, CR24-213-JNW]

**Allen, Hansen, Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

1    Dated this 7th day of February 2025.

2

3

4                              HONORABLE JAMAL N. WHITEHEAD
                               United States District Court Judge

5

6    Presented by:

7    _____

8    TODD MAYBROWN
     Attorney for Defendant John Ryan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*[PROPOSED] ORDER CONTINUING SENTENCING – 2*
*[United States v. Ryan et al,* CR24-213-JNW*]*

**Allen, Hansen, Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681