The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN RYAN,<br><br>　　　　　　Defendant. | NO. CR24-213-JNW<br><br>[~~PROPOSED~~] ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward anticipated criminal monetary impositions before sentencing.

After reviewing the stipulated motion, and finding good cause, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $88,545.75.  The Clerk shall hold

//

Order Authorizing Clerk to Accept Payment
*United States v. John Ryan*; No. CR24-213-JNW - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the funds until they can be disbursed pursuant to a separate order entered after sentencing, to pay any criminal judgment entered in this case.

DATED February 7, 2025

HON. JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*s/ Amanda McDowell*
*s/ Jessica M. Ly*
AMANDA MCDOWELL
Assistant United States Attorney
JESSICA M. LY
Special Assistant United States Attorney

*s/ Todd Maybrown*
TODD MAYBROWN
Attorney for Defendant

Order Authorizing Clerk to Accept Payment
*United States v. John Ryan*; No. CR24-213-JNW - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970