The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-213-JNW |
| Plaintiff, | |
| v. | ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS |
| JOHN RYAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Authorize the Clerk of Court to Disburse Funds.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk is authorized and directed to draw (a) check(s) on the funds deposited in the registry of this court in the principal amount of

//

//

//

Order Authorizing Clerk to Disburse Funds
*United States v. John Ryan*; No. CR24-213-JNW - 1

1  $88,545.75, plus all accrued interest, to be applied to the criminal monetary impositions

2

3  included in the Criminal Judgment in this case.  Dkt. 64.

4          DATED this 6th, day of June, 2025.

5

6

7          HONORABLE JAMAL N. WHITEHEAD
           United States District Judge

8

9  Presented by:

10

11 _s/ Amanda McDowell_
   _s/ Jessica M. Ly_

12 AMANDA MCDOWELL
   Assistant United States Attorney

13 JESSICA M. LY
   Special Assistant United States Attorney

14

15 _s/ Todd Maybrown_

16 TODD MAYBROWN
   Attorney for Defendant John Ryan

17

18

19

20

21

22

23

24

25

26

27

28

Order Authorizing Clerk to Disburse Funds
*United States v. John Ryan*; No. CR24-213-JNW - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970